[No. 54178-1-I.  Division One.  July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GRANT PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09546-0, Robert H. Alsdorf, J., entered April 26, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54553-1-I.  Division One.  July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE A. VALENCIA-PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00264-7, Michael E. Rickert, J., entered June 11 and July 8, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Appelwick and Schindler, JJ.

[No. 54565-5-I.  Division One.  July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD DWAYNE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00108-3, David A. Nichols, J., entered June 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54628-7-I.  Division One.  July 25, 2005.]

ALEXANDER VIRA, *Appellant*, v. GRANT L. SMITH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-24510-2, Carol A. Schapira, J., entered June 25, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker and Kennedy, JJ.